**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| LSC Liquidation, Inc., *et al.*[1] | Case No. 15-45784-mbm |
| Debtors. | Hon. Marci B. McIvor |
| _____/ | |
| Gene R. Kohut, solely in his capacity as Liquidating Trustee for the LSC Liquidating Trust, | |
| Plaintiff, | Adv. Proc. No. 16-04076-mbm |
| v. | Hon. Marci B. McIvor |
| The Travelers Indemnity Company, | |
| Defendant. | |
| _____/ | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the stipulation of the parties, the Court having reviewed the stipulation, and being fully advised in this matter:

---

[1] Debtors include LSC Liquidation, Inc., Case No. 15-45784-mbm; Taylor Industrial Properties, L.L.C., Case No. 15-45785-mbm, and 4L Ventures, LLC, Case No. 15-45788-mbm.

1

**IT IS HEREBY ORDERED** that this adversary proceeding is dismissed with prejudice and without costs and the adversary proceeding is closed.

.

**Signed on April 29, 2016**

/s/ Marci B. McIvor
Marci B. McIvor
United States Bankruptcy Judge